IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID ANSGAR NYBERG,

 Plaintiff,

v.               4:18cv290–WS/GRJ

RICHARD DAVIDSON, et al.,

 Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

 Before the court is the magistrate judge's report and recommendation (doc. 7) docketed July 18, 2018. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed objections (doc. 9) to the report and recommendation.

 Having reviewed the record in light of the plaintiff's objections, the court agrees that the plaintiff's first amended complaint must be dismissed for failure to state a claim. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this __14th__ day of __August__, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE